IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 12-cv-02894-PAB-BNB

BRADLEY McANINCH,

    Plaintiff,

v.

FOREMOST INSURANCE COMPANY,

    Defendant.
_____

### ORDER OF DISMISSAL WITH PREJUDICE
_____

This matter comes before the Court on the Stipulated Motion to Dismiss Plaintiff's Second Claim for Relief (Bad Faith Breach of Insurance Contract) and Third Claim for Relief (Violation of C. R. S. § 10-3-1115(a)(1)) [Docket No. 15].  The Court has reviewed the pleading and is fully advised in the premises.  It is

**ORDERED** that the Stipulated Motion to Dismiss Plaintiff's Second Claim for Relief (Bad Faith Breach of Insurance Contract) and Third Claim for Relief (Violation of C. R. S. § 10-3-1115(a)(1)) [Docket No. 15] is GRANTED.  It is further

**ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), the second and third claims for relief of plaintiff's complaint are dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

DATED February 20, 2013.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge